PER CURIAM.
Affirmed. Irvine v. Duval County Planning Comm’n, 495 So.2d 167 (Fla.1986), remanded, 504 So.2d 1265 (Fla. 1st DCA 1986); Shevin ex rel. State v. Public Service Comm’n, 333 So.2d 9 (Fla.1976); Dawson v. Saada, 608 So.2d 806 (Fla.1992), remanded, 612 So.2d 728 (Fla. 4th DCA 1993); Florida Mining & Materials Corp. v. City of Port Orange, 518 So.2d 311 (Fla. 5th DCA 1987), review denied, 528 So.2d 1181 (Fla.1988); Florida East Coast Ry. Co. v. State Land and Water Adjudicatory Comm’n., 464 So.2d 1361 (Fla. 3d DCA 1985); B.S. Enterprises, Inc. v. Dade County, 342 So.2d 117 (Fla. 3d DCA 1977).